UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALEXANDRO PUGA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-00073 |
| | § | |
| ABOUT TYME TRANSPORT, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING LIMITED STAY

Before the Court is Defendant RCX Solutions Inc.'s Emergency Motion for Stay and to Approve Alternate Security (D.E. 239), along with Plaintiffs' response (D.E. 242). After due consideration, the Court GRANTS the motion (D.E. 239) and ORDERS that execution of the judgment be stayed, conditioned on Defendant posting its signed Supersedeas Bond in the amount of one million dollars in the form set out in its proposal (D.E. 239-6). This stay will expire at 5:00 p.m. on January 31, 2018 or on the seventh (7th) day after the Court enters its order on Defendant's post-judgment motion (D.E. 237), whichever is later. The Court directs the Clerk to administratively terminate the response (D.E. 242) because it is not a pending motion.

ORDERED this 8th day of January, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE